IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD L. McKENZIE, JR.,

      Petitioner,                      No. CIV S-05-1373 DFL KJM P

   vs.

JAMES YATES, et al.,

      Respondents.                 ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has not, however, filed a complete in forma pauperis affidavit[1] or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

---

[1] Petitioner submitted an in forma pauperis application, but did not submit the first page of the form.

1

1 | 2. The Clerk of the Court is directed to send petitioner a copy of the application
2 | to proceed in forma pauperis by a prisoner used by this district.
3 | DATED: October 20, 2005.

                                                      UNITED STATES MAGISTRATE JUDGE

10 | 1/kf
mcke1373.101a