IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FLOYD L. MCKENZIE,** | CIV-S-05-1373 DFL KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES YATES, et al.,** | |
| Respondents. | |

Respondents have requested a thirty-day extension of time in which to file a reply to Petitioner's opposition to Respondents' motion to dismiss.  GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including April 6, 2007, in which to file a reply to the opposition filed by Petitioner.

DATED: March 15, 2007.

_____
U.S. MAGISTRATE JUDGE

Order