IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD L. McKENZIE,<br><br>              Petitioner,<br><br>     vs.<br><br>JAMES YATES, *et al*,,<br><br>              Respondents. | No. 2:05-cv-01373-JKS-KJM<br><br>ORDER |

      Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On August 23, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, with particular attention to those portions relevant or pertinent to the objections raised, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

      Petitioner's objection raises two points.  (1) That he is entitled to equitable tolling because he suffered strokes before being diagnosed as such.  The magistrate judge correctly computed that the 1-year limitation of AEDPA had expired April 20, 2001, prior to the earliest date that Petitioner alleges he first started suffering from health problems, September 2001.  (2) That he is actually innocent.  The magistrate judge correctly noted that Petitioner failed to

produce any evidentiary support for the factors enunciated in *Schlup v. Delo*, 513 U.S. 298 (1995).

    Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The findings and recommendations filed August 23, 2007, are adopted in full;

2. Respondent's motion to dismiss is GRANTED and Petitioner's application for a writ of habeas corpus is DISMISSED; and

3. This case is closed.

    **IT IS FURTHER ORDERED THAT** the Court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) ("reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotation marks omitted)).

    Dated:  December 3, 2007

                                                   s/ James K. Singleton, Jr.
                                                  JAMES K. SINGLETON, JR.
                                                  United States District Judge